**Louise M. HARRIS, M.D.,
Plaintiff–Appellant,**

v.

**FIRST UNUM LIFE INSURANCE COMPANY, Unum Life Insurance Company of America and Unumprovident Corp., Defendants–Appellees.**

No. 05–4265.

United States Court of Appeals,
Second Circuit.

Oct. 16, 2006.

---

Jean Gerbini (Joel Hodes and Heather Diddel, on the brief), Whiteman, Osterman, & Hanna LLP Albany, NY, for Plaintiff–Appellant.

Patrick Begos (Arthur J. Siegel and Stuart F. Klein, on the brief), Bond, Schoeneck & King, PLLC, Albany, NY, for Defendants–Appellees.

Present: Hon. RICHARD C. WESLEY, Hon. PETER W. HALL, Circuit Judges, Hon. BARBARA S. JONES, District Judge.*

## SUMMARY ORDER

Plaintiff appeals from a judgment of the United States District Court for the Northern District of New York (Hurd, *J.*) granting Defendants' motion for summary judgment and denying Plaintiff's cross-motion for same.

We have considered Plaintiff's challenges to the district court's decision and her request that we grant summary judgment in her favor, and hold that the district court did not err in granting Defendants' motion and denying hers.

We have considered all of Plaintiff's claims and find them without merit. We hereby **AFFIRM** the judgment of the district court. Any outstanding motions are hereby denied as moot.